UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**FREDDIE FRANCIS, JR.**             CASE NO. 6:24-CV-01749 SEC P

**VERSUS**                            JUDGE ROBERT R. SUMMERHAYS

**JUCITA LEMELLA, ET AL**             MAGISTRATE JUDGE AYO

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant matter be **DISMISSED** in accordance with the provisions of LR41.3W.

**THUS DONE AND SIGNED** in chambers this 5th day of January, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE